AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

MAR 0 4 2022

Nathan Ochsner, Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| Terrence James BRUGGEMAN | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Case No. C-22-270 M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 3, 2022 _____ in the county of _____ San Patricio County _____ in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C 5861 (d) | Defendant did possess a firearm that was required to be registered in the National Firearms Registration and Transfer Record and was in fact not registered. |

This criminal complaint is based on these facts:

(See Attachment A - Affidavit)

☑ Continued on the attached sheet.

_Oscar Guardado_
_Complainant's signature_

Oscar Guardado, ATF Special Agent
_Printed name and title_

Submitted by reliable electronic means, sworn to,
signature attested telephonically per Fed.R.Crim.P.4.1,
and probable cause found on

Date: _____ 03/04/2022 _____

_Judge's signature_

City and state: _____ Corpus Christi, Texas _____

Jason B. Libby, United States Magistrate Judge
_Printed name and title_

# ATTACHMENT A

I, Oscar Guardado, being duly sworn, do hereby state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), a Division of the United States Justice Department, assigned to the Corpus Christi Field Office and have been so employed since October 28, 2019.  As a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, I am vested with the authority to investigate violations of Federal laws, including Titles 18 and 26, United States Code. Prior to the employment with ATF I was employed with the Customs and Border Protection Office of the Border Patrol. I was employed in this capacity April 10, 2008 through October 27, 2019. During this tenure I was vested with the authority to enforce Federal Immigration Law in the southern border of Texas. As a result of my training, my experience relating to these statutes, and the experience of other senior ATF Special Agents, I know that it is a violation of:

> Title 26 USC Section 5861 (d): for any person to receive or possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record.

Further, the Affiant states as follows:

1. This affidavit is in support of a criminal complaint charging Terrence James Bruggeman, (hereinafter referred to as "BRUGGEMAN"), with the criminal violation set forth in Attachment A.  The evidence available to me demonstrates there is probable cause to believe BRUGGEMAN has violated Title 26 USC Section 5861 (d).

2. On March 3, 2022, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) obtained a federal search warrant signed by United States Magistrate Judge Jason B. Libby for the residence located at 2218 Aspen Dr., Portland, Texas. On that same day, ATF with the assistance of Homeland Security Investigations (HSI) and Portland Police Department (PPD) executed the federal search warrant. During the search of the property several firearms, several rounds of ammunition, and other items were recovered and seized.

3. During the search of the residence Agents recovered, among other items, one suspected firearm described as a silencer with markings MOD: BRUG9, CAL:9mm, SN: 02BRUG09, BRUGGEMAN TRUST, Portland, Tx and five (5) AR triggers described as RARE BREED TRIGGERs, FRT-15 without a serial number.

4. Your Affiant initiated a query on the aforementioned silencer through the National Firearms Registration and Transfer Record (NFRTR). Your Affiant knows that according to the National Firearms Act, a silencer is required to be registered through the NFRTR. The check on this silencer was negative for registration by BRUGGEMAN as is required by law.

5. Furthermore, your Affiant knows that RARE BREED TRIGGERS, FRT-15, also known as Forced Reset Trigger Machineguns (FRTs), are classified as machineguns and subject to registrations as required by law through the NFRTR. The check on these FRTs showed that BRUGGEMAN did not have a registration for them as required by law.

Based on the above information, your Affiant believes BRUGGEMAN possessed several firearms in violation of Title 26, United States Code Section 5861 (d); to wit, a silencer with markings MOD: BRUG9, CAL:9mm, SN: 02BRUG09, BRUGGEMAN TRUST, Portland, Tx

and five (5) AR triggers described as RARE BREED TRIGGERs, FRT-15 without a serial number.

AUSA Christopher Marin approved this criminal complaint for filing.

Further, the Affiant sayeth not.

*Oscar Guardado*

Oscar Guardado, ATF Special Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on this 4th day of March 2022.

Jason B. Libby
UNITED STATES MAGISTRATE JUDGE