UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JUN 0 8 2022

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER: C-22-185-S |
| | § | |
| TERRENCE JAMES BRUGGEMAN | § | |

<u>SUPERSEDING INDICTMENT</u>

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

On or about March 3, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

TERRENCE JAMES BRUGGEMAN,

did knowingly possess machineguns, that is, six (6) Rare Breed trigger mechanism FRT-15.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

<u>COUNT TWO</u>

On or about March 3, 2022, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

TERRENCE JAMES BRUGGEMAN,

did knowingly possess a firearm, namely a silencer, as defined in Title 26, United States Code, Section 5845(a)(7), to wit: Silencer Mod: BRUG9, Cal: 9mm, Serial Number: 02BRUG09 BRUGGEMAN TRUST, Portland Tx. This firearm was required to be registered and was not in fact registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

NOTICE OF CRIMINAL FORFEITURE
[18 U.S.C. § 924(d) and 28 U.S.C. §2461(c)]

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that upon conviction of Count One of the Superseding Indictment, all firearms and ammunition involved or used in any knowing violation of Title 18, United States Code, Sections 922(o) and 924(a)(2), are subject to forfeiture to the United States.

NOTICE OF CRIMINAL FORFEITURE
[26 U.S.C. 5872 and 28 U.S.C. § 2461(c)]

Pursuant to Title 26, United States Code, Section 5872, the United States of America hereby gives notice that upon conviction of Counts One and Two of the Superseding Indictment, all firearms involved in or used in a violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871 are subject to forfeiture to the United States.

**Property Subject to Forfeiture**

The property subject to forfeiture includes, but is not limited to, the following property:

1.  Six (6) machineguns, to wit: Rare Breed trigger mechanism FRT-15; and
2.  a firearm, namely a silencer, to wit: Silencer Mod: BRUG9, Cal: 9mm, Serial Number: 02BRUG09 BRUGGEMAN TRUST, Portland Tx.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

BY: _Christopher Marin_
CHISTOPHER MARIN
Assistant United States Attorney